832 A.2d 317

## IN THE MATTER OF KAREL L. ZARUBA, AN ATTORNEY AT LAW (ATTORNEY NO. 003931977).

October 1, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–098, concluding that **KAREL L. ZARUBA** of **NAPLES, FLORIDA,** who was admitted to the bar of this State in 1977, should be suspended from the practice of law for a period of one year, for violating *RPC* 5.6(b) (offering or making an agreement in which a restriction on the lawyer's right to practice is part of the settlement of a controversy between private parties) and *RPC* 8.4(a) (violating or attempting to violate the Rules of Professional Conduct; knowingly assisting or inducing another to do so, or doing so through the acts of another), and good cause appearing;

It is ORDERED that **KAREL L. ZARUBA** is suspended from the practice of law for a period of one year and until the further Order of the Court, effective immediately; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.